**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS HARRY WARENBACK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66999

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a proper person petition for a writ of certiorari. Petitioner challenges his judgment of conviction. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. *See* NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc: Douglas Harry Warenback
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40580